**No. 69270.**—Sims-Worms, Inc. *v.* United States, protests 63/22753 and 64/1025 (Los Angeles).

Opinion by RAO, J. In accordance with stipulation of counsel that the merchandise consists of waterproof cotton cloth similar in all material respects to that the subject of *Amity Fabrics, Inc.* v. *United States* (51 Cust. Ct. 97, C.D. 2416), the claim of the plaintiff was sustained.